Bruce L. Simon (SBN 96241)
Esther L. Klisura (SBN 221171)
PEARSON, SIMON, SOTER, WARSHAW & PENNY LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:   (415) 433-9008
Email:       bsimon@psswplaw.com

Thomas V. Girardi (Bar No. 36603)
J. Paul Sizemore (Bar No. 254981)
Jennifer Lenze (Bar No. 246858)
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 91101
Telephone:   (213) 977-0211
Facsimile:   (213) 481-1554
Email:       tgirardi@girardikeese.com

Glenn J. Stanford
TAM & STANFORD
1001 Bishop Street, Suite 1100
American Savings Bank Tower
Honolulu, HI 96803
Telephone:   (808) 522-9111
Facsimile:   (808) 522-9100
Email:       stanford@hawaii.rr.com

[Additional counsel listed on signature page]
*Counsel for Plaintiff 50th State Distributors, Inc.
and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 50TH STATE DISTRIBUTORS, INC., on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC.; HORIZON LINES, LLC; and HORIZON LINES, INC.,<br><br>　　　　　Defendants. | Case No. 08-CV-2603 VRW<br><br>**STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE** |

1     WHEREAS the undersigned plaintiff has filed the above-captioned case;

2     WHEREAS plaintiff alleges antitrust violations on behalf of purchasers of domestic containerized ocean shipping services for service between the continental United States and Hawaii ("Hawaiian Ocean Shipping");

    WHEREAS four complaints have been filed to date in multiple federal district courts by plaintiffs purporting to bring class actions on behalf of purchasers of Hawaiian Ocean Shipping (collectively "the Hawaiian Ocean Shipping Cases");

    WHEREAS, a motion is pending before the Judicial Panel on Multidistrict Litigation to transfer the Hawaiian Ocean Shipping Cases to this jurisdiction for coordinated and consolidated pretrial proceedings pursuant to 28 U.S.C. section 1407;

    WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in the Hawaiian Ocean Shipping Cases;

    WHEREAS plaintiff and Matson Navigation Company, Inc., Alexander & Baldwin, Inc., Horizon Lines, LLC, and Horizon Lines, Inc. ("Defendants") have agreed that an orderly schedule for any response to the pleadings in the Hawaiian Ocean Shipping Cases would be more efficient for the parties and for the Court;

    PURSUANT TO CIVIL LOCAL RULE 6-1(a), PLAINTIFF AND DEFENDANTS, BY AND THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

    1.    The deadline for Defendants to answer, move, or otherwise respond to plaintiff's Complaint shall be extended until the earliest of the following dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the Hawaiian Ocean Shipping Cases; or (2) forty-five days after plaintiff provides written notice to Defendants that plaintiff does not intend to file a Consolidated Amended Complaint, provided however, that in the event that Defendants should agree to an earlier response date in any Hawaiian Ocean Shipping Case, except by court order, Defendants will respond to the Complaint in the above-captioned case on that earlier date.

///

STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE     1

2.   This Stipulation does not constitute a waiver by Defendants of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, or service of process.

IT IS SO STIPULATED.

Dated: June 3, 2008

PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP

_[signature]_

Bruce L. Simon
Esther L. Klisura
PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:   (415) 433-9008

Clifford H. Pearson
Gary S. Soter
Daniel L. Warshaw
PEARSON, SIMON, SOTER,
WARSHAW & PENNY, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone:   (818) 788-8300
Facsimile:   (818) 788-8104

Thomas V. Girardi
J. Paul Sizemore
Jennifer Lenze
GIRARDI KEESE
1126 Wilshire Boulevard
Los Angeles, CA 91101
Telephone:   (213) 977-0211
Facsimile:   (213) 481-1554

Glenn J. Stanford
TAM & STANFORD
1001 Bishop Street, Suite 1100
American Savings Bank Tower
Honolulu, HI 96803
Telephone:   (808) 522-9111
Facsimile:   (808) 522-9100

*Counsel for Plaintiff 50th State
Distributors, Inc. and the Proposed Class*

| | | |
|---|---|---|
| 1 | Dated: June ____, 2008 | GIBSON, DUNN & CRUTCHER, LLP |
| 2 | | |
| 3 | | /s/ Joel S. Sanders |
| 4 | | Joel Sanders<br>Rachel S. Brass |
| 5 | | GIBSON, DUNN & CRUTCHER, LLP<br>One Montgomery Street |
| 6 | | Post Montgomery Center<br>San Francisco, CA 94104 |
| 7 | | Telephone:  (415) 393-8200<br>Facsimile:   (415) 986-5309 |
| 8 | | *Counsel for Defendants* |
| 9 | | *Matson Navigation Company, Inc. and*<br>*Alexander & Baldwin, Inc.* |
| 10 | | |
| 11 | Dated: June ____, 2008 | McGUIREWOODS LLP |
| 12 | | |
| 13 | | Darrel C. Menthe |
| 14 | | McGUIREWOODS LLP<br>1800 Century Park East, 8th Floor |
| 15 | | Los Angeles, CA 90067<br>Telephone:  (310) 315-8219 |
| 16 | | Facsimile:   (310) 315-8210 |
| 17 | | Richard J. Rappaport |
| 18 | | Amy B. Manning<br>Tammy L. Adkins |
| 19 | | McGUIREWOODS LLP<br>77 West Wacker Drive |
| 20 | | Suite 4100<br>Chicago, Illinois  60601 |
| 21 | | Telephone: 312.849.8100<br>Facsimile: 312.849.3690 |
| 22 | | |
| 23 | | *Counsel for Defendants*<br>*Horizon Lines, LLC and* |
| 24 | | *Horizon Lines, Inc.* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE                                                  3

| | | |
|---|---|---|
| 1 | Dated: June _____, 2008 | GIBSON, DUNN & CRUTCHER, LLP |
| 2 | | |
| 3 | | _____ |
| 4 | | Joel Sanders |
| | | Rachel S. Brass |
| 5 | | GIBSON, DUNN & CRUTCHER, LLP |
| | | One Montgomery Street |
| 6 | | Post Montgomery Center |
| | | San Francisco, CA 94104 |
| 7 | | Telephone:  (415) 393-8200 |
| | | Facsimile:   (415) 986-5309 |
| 8 | | *Counsel for Defendants* |
| 9 | | *Matson Navigation Company, Inc. and Alexander & Baldwin, Inc.* |
| 10 | Dated: June __2__, 2008 | McGUIREWOODS LLP |
| 11 | | |
| 12 | | /s/ |
| 13 | | _____ |
| | | Darrel C. Menthe |
| 14 | | McGUIREWOODS LLP |
| | | 1800 Century Park East, 8th Floor |
| 15 | | Los Angeles, CA 90067 |
| | | Telephone:  (310) 315-8219 |
| | | Facsimile:   (310) 315-8210 |
| 16 | | |
| 17 | | Richard J. Rappaport |
| | | Amy B. Manning |
| 18 | | Tammy L. Adkins |
| | | McGUIREWOODS LLP |
| 19 | | 77 West Wacker Drive |
| | | Suite 4100 |
| 20 | | Chicago, Illinois 60601 |
| | | Telephone: 312.849.8100 |
| 21 | | Facsimile: 312.849.3690 |
| 22 | | |
| 23 | | *Counsel for Defendants* |
| | | *Horizon Lines, LLC and* |
| | | *Horizon Lines, Inc.* |

STIPULATION RE EXTENSION OF RESPONSIVE PLEADING DEADLINE          3