Bruce L. Simon (SBN 96241)
Esther L. Klisura (SBN 221171)
PEARSON, SIMON, SOTER, WARSHAW & PENNY LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone:    (415) 433-9000
Facsimile:    (415) 433-9008
Email:          bsimon@psswplaw.com

*Counsel for Plaintiff 50th State Distributors, Inc.
and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| 50TH STATE DISTRIBUTORS, INC., on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC.; HORIZON LINES, LLC; and HORIZON LINES, INC., <br><br> Defendants. | Case No. 08-CV-2603 VRW <br><br> **NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that effectively immediately the address for the San Francisco office of PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP has changed.  The new address is as follows:

PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104

The firm's e-mail address, telephone and facsimile numbers remain the same.  Please update your records accordingly.

1    DATED: June 4, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PEARSON, SIMON, SOTER,**
**WARSHAW & PENNY, LLP**
BRUCE L. SIMON
ESTHER L. KLISURA


By:  /s/ _____
                    BRUCE L. SIMON
Attorneys for Plaintiff 50th State Distributors, Inc.
and the Proposed Class