1  Bruce L. Simon (SBN 96241)
   Esther L. Klisura (SBN 221171)
2  PEARSON, SIMON, SOTER, WARSHAW & PENNY LLP
   44 Montgomery Street, Suite 1430
3  San Francisco, CA 94104
   Telephone:   (415) 433-9000
4  Facsimile:   (415) 433-9008
   Email:       bsimon@psswplaw.com
5

6  *Counsel for Plaintiff 50th State Distributors, Inc.
   and the Proposed Class*
7

8
                   UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
10

11

12 | 50TH STATE DISTRIBUTORS, INC., on behalf of itself and all others similarly situated, | ) | Case No. 08-CV-2603 VRW |
   | Plaintiff, | ) | **PROOF OF SERVICE** |
   | vs. | ) | |
   | MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC.; HORIZON LINES, LLC; and HORIZON LINES, INC., | ) | |
   | Defendants. | ) | |

## PROOF OF SERVICE

*50th State Distributors, Inc. vs. Matson Navigation Company, Inc., et al.*

Case No. 08-CV-2603

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of SAN FRANCISCO, STATE OF CALIFORNIA. My business address is 44 Montgomery Street, Suite 1430, San Francisco, California 94104. I am over the age of eighteen years and am not a party to the within action;

On June 4, 2008, I served the following document(s) entitled:

**NOTICE OF CHANGE OF ADDRESS**

on ALL INTERESTED PARTIES in this action as follows:

__X__ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 4, 2008, at San Francisco, California.

_____
Cynthia Thomas

PROOF OF SERVICE                                                                                                  1