Bruce L. Simon (SBN 96241)
Esther L. Klisura (SBN 221171)
PEARSON, SIMON, SOTER, WARSHAW & PENNY LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:   (415) 433-9008
Email:   bsimon@psswplaw.com

*Counsel for Plaintiff 50th State Distributors, Inc.
and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 50TH STATE DISTRIBUTORS, INC., on behalf of itself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC.; HORIZON LINES, LLC; and HORIZON LINES, INC.,<br><br>                    Defendants. | Case No. 08-2603-VRW<br><br>**PROOF OF SERVICE** |

784952.1

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/28/2008 |
| NAME OF SERVER *(PRINT)* Larry Tisdall | TITLE Registered Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
  Matson Navigation Company, Inc., 555 12th Street, Ste. 700, Oakland, CA 94607

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify):
  Documents served on Barbara Bodager, attorney, authorized to accept on behalf of Matson Navigation Company, Inc., at 3:45 PM

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $74.20 | TOTAL $74.20 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   5/29/2008
              Date                    *Signature of Server*

              75 Columbia Square, San Francisco, CA 94103
              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.