Bruce L. Simon (SBN 96241)
Esther L. Klisura (SBN 221171)
PEARSON, SIMON, SOTER, WARSHAW & PENNY LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone:   (415) 433-9000
Facsimile:    (415) 433-9008
Email:          bsimon@psswplaw.com

*Counsel for Plaintiff 50th State Distributors, Inc. and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 50TH STATE DISTRIBUTORS, INC., on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC.; HORIZON LINES, LLC; and HORIZON LINES, INC.,<br><br>       Defendants. | Case No. 08-2603-VRW<br><br>**PROOF OF SERVICE** |

784952.1

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | MAY 29 2008 @ 4:05pm |
| Name of SERVER **ERIC SCHROEDER** | TITLE Process Server Officer |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served: Alexander + Baldwin, Inc., at 822 Bishop St., Honolulu, Hawaii

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 29 2008
             Date

Signature of Server

**HAWAII LEGAL SERVICES**
1164 Bishop St., Suite 124-2
Honolulu, Hawaii 96813

Address of Server

X: Alyson J. Nakamura
Alyson J. Nakamura
Corporate Secretary, Alexander + Baldwin, Inc.
May 29, 2008  4:05pm

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.