Bruce L. Simon (SBN 96241)
Esther L. Klisura (SBN 221171)
PEARSON, SIMON, SOTER, WARSHAW & PENNY LLP
44 Montgomery Street, Suite 1430
San Francisco, CA 94104
Telephone:  (415) 433-9000
Facsimile:  (415) 433-9008
Email:  bsimon@psswplaw.com

*Counsel for Plaintiff 50th State Distributors, Inc. and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 50TH STATE DISTRIBUTORS, INC., on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC.; HORIZON LINES, LLC; and HORIZON LINES, INC.,<br><br>　　　　Defendants. | Case No. 08-2603-VRW<br><br>**PROOF OF SERVICE** |

784952.1

AO 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE May 29, 2008  10:25 am |
| Name of SERVER  Ruth Reynolds | TITLE  Investigator/Process Server |

Check one box below to indicate appropriate method of service

[x] Served Personally upon the Defendant. Place where served: 4064 Colony Rd. Suite 200
       Charlotte, NC 28211

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[x] Other (specify): Robert S. Zuckerman / VP, General Counsel & Secretary

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $110.63 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   May 29, 2008
              Date

Signature of Server: *Ruth Reynolds*

Charlotte, North Carolina
Address of Server

C/O WESTERN ATTORNEY SERVICES
75 Columbia Square
SAN FRANCISCO, CA 94103

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.