1  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
2  GEORGE A. NICOUD III, SBN 106111
   RACHEL S. BRASS, SBN 219301
3  REBECCA JUSTICE LAZARUS, SBN 227330
   One Montgomery Street, Suite 3100
4  San Francisco, California 94104
   Telephone: (415) 393-8200
5  Facsimile: (415) 986-5309
   Email: JSanders@gibsondunn.com
6          TNicoud@gibsondunn.com
           RBrass@gibsondunn.com
7          RJustice@gibsondunn.com

8  Attorneys for Defendants
   MATSON NAVIGATION COMPANY, INC. AND
9  ALEXANDER & BALDWIN, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 50TH STATE DISTRIBUTORS, INC., on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC., ALEXANDER & BALDWIN, INC., HORIZON LINES, LLC, and HORIZON LINES, INC.,<br><br>Defendants. | CASE NO. CV 08-02603 VRW<br><br>NOTICE OF APPEARANCE |

Gibson, Dunn & Crutcher LLP

1

NOTICE OF APPEARANCE, CV 08-02603 VRW

1  TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

2  PLEASE TAKE NOTICE that Joel S. Sanders, George A. Nicoud III, Rachel S. Brass and

3  Rebecca Justice Lazarus will be appearing on behalf of defendants Matson Navigation Company, Inc.

4  and Alexander & Baldwin, Inc.

> Joel S. Sanders [SBN 107234], JSanders@gibsondunn.com (Lead Counsel)
> George A. Nicoud III [SBN 106111], TNicoud@gibsondunn.com
> Rachel S. Brass [SBN 219301], RBrass@gibsondunn.com
> Rebecca Justice Lazarus [SBN 227330], RJustice@gibsondunn.com
> Gibson, Dunn & Crutcher LLP
> One Montgomery Street, Suite 3100
> San Francisco, California 94104
> Telephone: (415) 393-8200
> Facsimile: (415) 986-5309

DATED: June 12, 2008

                    GIBSON, DUNN & CRUTCHER LLP


                    By:  _____/s/_____
                              Joel S. Sanders

                    Attorneys for Defendants
                    MATSON NAVIGATION COMPANY, INC. and
                    ALEXANDER & BALDWIN, INC.

100454379_1.DOC

NOTICE OF APPEARANCE, CV 08-02603 VRW

Gibson, Dunn & Crutcher LLP