GIBSON, DUNN & CRUTCHER LLP
JOEL SANDERS, SBN 107234
GEORGE A. NICOUD III, SBN 106111
RACHEL S. BRASS, SBN 219301
REBECCA JUSTICE LAZARUS, SBN 227330
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
Emails:    JSanders@gibsondunn.com
           TNicoud@gibsondunn.com
           RBrass@gibsondunn.com
           RJustice@gibsondunn.com

Attorneys for Defendants
MATSON NAVIGATION COMPANY, INC. AND
ALEXANDER & BALDWIN, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 50TH STATE DISTRIBUTORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MATSON NAVIGATION COMPANY, INC.; ALEXANDER & BALDWIN, INC.; HORIZON LINES, LLC; and HORIZON LINES, INC.,<br><br>Defendants. | CASE NO. CV 08-02603 VRW<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS FOR DEFENDANTS MATSON NAVIGATION COMPANY, INC. AND ALEXANDER & BALDWIN, INC. |

Pursuant to Civil Local Rule 3.16, Defendants Matson Navigation Company, Inc. and Alexander & Baldwin, Inc. make the following corporate disclosure:

Alexander & Baldwin, Inc. is a publicly traded company, has no parent corporation, and no publicly traded company owns more than 10% of its stock. Matson Navigation Company, Inc. is wholly owned by Alexander & Baldwin, Inc.

The undersigned hereby certifies that, as of this date, other than the named parties, there is no such interest to report.

DATED: June 12, 2008

>  GIBSON, DUNN & CRUTCHER LLP
>  JOEL SANDERS
>  GEORGE A. NICOUD III
>  RACHEL S. BRASS
>  REBECCA JUSTICE LAZARUS
>
>  By:_____/s/_____
>             Joel Sanders
>
>  Attorneys for Defendants
>  MATSON NAVIGATION COMPANY, INC. AND
>  ALEXANDER & BALDWIN, INC.

100462127_1.DOC