IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 50TH STATE DISTRIBUTORS, et al , | No.  C 08-2603  VRW |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| MATSON NAVIGATION CO INC, et al, | |
| Defendant. | |

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party not appearing on the Notice of Electronic Filing  and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT  Case Management Conference has been  scheduled in this case for  **October 16,  2008 at 3:30 p.m.**  To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10.  A joint case management  statement must be filed one week prior to the conference.  Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California.  Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated:  July 2, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*

Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov